UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
MAR 06 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 25 CR 50007 |
| v. | ) Violation: Title 18, United States Code, |
| ANTHONY BRENNER | ) Section 641 |

## INFORMATION

The Acting UNITED STATES ATTORNEY charges:

From on or about June 2015, and continuing through on or about February 2021, in the Northern District of Illinois, Western Division,

ANTHONY BRENNER

defendant herein, did steal, purloin, and knowingly convert to his own use money of the United States, namely funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
ACTING UNITED STATES ATTORNEY